TYLER M. PAETKAU, Bar No. 146305
OLGA SAVAGE, Bar No. 252009
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940

Attorneys for Defendants
DAVID MERLIN dba BENJARONG THAI CUISINE and RAYMOND F. STIAVETTI (erroneously sued as "RAYMOND F. STIAVETTI TRUSTEE OF THE RAYMOND STIAVETTI TRUST")

FILED 08 JUN 12 PM 3:03

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JL

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BENJARONG THAI CUISINE; RAYMOND F. STIAVETTI TRUSTEE OF THE RAYMOND STIAVETTI TRUST; DAVID MERLIN, an individual dba BENJARONG THAI CUISINE; and DOES 1-20, inclusive,<br><br>Defendants. | CV Case No. 08 2932<br><br>**DEFENDANTS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>[Local Rule 3-16] |

TO THE JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA FOR THE UNITED STATES DISTRICT COURT AND TO PLAINTIFFS CRAIG YATES AND DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS AND THEIR ATTORNEY OF RECORD:

//

//

//

Pursuant to Civil L.R. 3-16, the undersigned certifies that, as of this date, other than the named parties, there is no such interest to report.

Dated: June 12, 2008

TYLER M. PAETKAU
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
DAVID MERLIN dba BENJARONG THAI CUISINE and RAYMOND F. STIAVETTI (erroneously sued as "RAYMOND F. STIAVETTI TRUSTEE OF THE RAYMOND STIAVETTI TRUST")

Firmwide:85555061.1 800000.1000

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

DEFENDANTS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

2.