```
 1  TYLER M. PAETKAU, Bar No. 146305
    OLGA SAVAGE, Bar No. 252009
 2  LITTLER MENDELSON
    A Professional Corporation
 3  650 California Street
    20th Floor
 4  San Francisco, CA  94108.2693
    Telephone:   415.433.1940
 5
    Attorneys for Defendants
 6  DAVID MERLIN dba BENJARONG THAI
    CUISINE and RAYMOND F. STIAVETTI
 7  (erroneously sued as "RAYMOND F. STIAVETTI
    TRUSTEE OF THE RAYMOND STIAVETTI
 8  TRUST")
```

**E-filing**

**JL**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**CV 08 2932**

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>BENJARONG THAI CUISINE; RAYMOND F. STIAVETTI TRUSTEE OF THE RAYMOND STIAVETTI TRUST; DAVID MERLIN, an individual dba BENJARONG THAI CUISINE; and DOES 1-20, inclusive,<br><br>        Defendants. | CASE NO. _____<br><br>**DEFENDANTS' DISCLOSURE STATEMENT**<br><br>[F.R.C.P. 7.1] |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants David Merlin dba Benjarong Thai Cuisine and Raymond F. Stiavetti ("Defendants") provide the following disclosure information:

1. Defendants are not corporate parties and therefore have no parent corporation; and

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco CA 94108.2693
415.433.1940

DEFENDANTS' DISCLOSURE
STATEMENT

1   2.   Defendants are not corporate parties and therefore there is no publicly held corporation owning 10% or more of Defendants' stock.

Dated: June 12, 2008

*/s/ Tyler M. Paetkau*

TYLER M. PAETKAU
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
DAVID MERLIN dba BENJARONG THAI CUISINE and RAYMOND F. STIAVETTI (erroneously sued as "RAYMOND F. STIAVETTI TRUSTEE OF THE RAYMOND STIAVETTI TRUST")

Firmwide:85555889.1 800000.1000

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANTS' DISCLOSURE STATEMENT            2.