| | |
|---|---|
| 1 | TYLER M. PAETKAU, Bar No. 146305 |
| 2 | OLGA SAVAGE, Bar No. 252009<br>LITTLER MENDELSON |
| 3 | A Professional Corporation<br>650 California Street |
| 4 | 20th Floor<br>San Francisco, CA 94108.2693 |
| 5 | Telephone: 415.433.1940 |
| 6 | Attorneys for Defendants<br>DAVID MERLIN dba BENJARONG THAI |
| 7 | CUISINE and RAYMOND F. STIAVETTI<br>(erroneously sued as "RAYMOND F. STIAVETTI |
| 8 | TRUSTEE OF THE RAYMOND STIAVETTI<br>TRUST") |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation, <br><br>    Plaintiffs,<br><br> v.<br><br>BENJARONG THAI CUISINE; RAYMOND F. STIAVETTI TRUSTEE OF THE RAYMOND STIAVETTI TRUST; DAVID MERLIN, an individual dba BENJARONG THAI CUISINE; and DOES 1-20, inclusive,<br><br>    Defendants. | **CASE NO. CV 08 2932 JL**<br><br>**PROOF OF SERVICE** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE                                                    (No. CV 08 2932 JL )

## PROOF OF SERVICE BY OVERNIGHT DELIVERY

I am employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. On June 12, 2008, I deposited with Federal Express, a true and correct copy of the within documents:

- NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. §§ 1331, 1441(B) AND 1446 (FEDERAL QUESTION)
- CIVIL COVER SHEET
- NOTICE TO STATE COURT OF REMOVAL BY DEFENDANTS
- DEFENDANTS' DISCLOSURE STATEMENT
- DEFENDANTS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
- SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; STANDING ORDER; CONTENTS OF A JOINT CASE MANAGEMENT STATEMENT (STAPLED TOGETHER FROM COURT)
- ECF REGISTRATION INFORMATION HANDOUT
- GUIDELINES IN ADDITION TO LOCAL RULES FOR THE U.S. DISTRICT COURT, SAN FRANCISCO
- NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL
- PUBLIC NOTICE
- CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA (HANDBOOK)

in a sealed envelope, addressed as follows:

Thomas E. Frankovich, Esq.
2806 Van Ness Avenue
San Francisco, CA 94109
Tel (415) 674-8600
Fax (415) 674-9900

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE                                                (No. CV 08 2932 JL )

1   Following ordinary business practices, the envelope was sealed and placed for
2   collection by Federal Express on this date, and would, in the ordinary course of business, be
3   retrieved by Federal Express for overnight delivery on this date.

4   I declare that I am employed in the office of a member of the bar of this court at
5   whose direction the service was made.

6   Executed on June 12, 2008, at San Francisco, California.

*[signature]*
Heather M. Figueroa

Firmwide:85556795.1 999998.2008

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE            2.            (No. CV 08 2932 JL )