IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, | No. CV 08-02932 JL , |
| Plaintiff, | |
| v. | **ORDER FINDING CASES NOT RELATED** |
| BENJARONG THAI CUISINE, | |
| Defendant. | |

    The Notice of Related Case filed on August 28, 2008 in the above captioned case is **DENIED.**

    The parties shall appear before this Court for a Case Management Conference on April 22, 2009, at 10:30 a.m.

**IT IS SO ORDERED**

Dated: March 13, 2009

James Larson
CHIEF MAGISTRATE JUDGE