THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone: 415/674-8600
Facsimile: 415/674-9900

Attorneys for Plaintiffs
CRAIG YATES
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BENJARONG THAI CUISINE; RAYMOND F. STIAVETTI TRUSTEE OF THE RAYMOND STIAVETTI TRUST; DAVID MERLIN an individual dba BENJARONG THAI CUISINE,<br><br>Defendants. | CASE NO. CV-08-02932-JL<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br><br>Chief Magistrate Judge James Larson |

IT IS SO ORDERED
*[signature]*
Judge James Larson

It is hereby stipulated by and between the parties hereto through their respective counsel that the court may continue the Case Management Conference that is currently scheduled for April 22, 2009 to Wednesday, June 17, 2009 at 10:30 a.m.

///

///

///

///

| | |
|---|---|
| 1 | The reason for continuing the Case Management Conference is that plaintiffs' counsel, Thomas |
| 2 | E. Frankovich will be on vacation commencing April 14, 2009 through April 27, 2009. Also, on |
| 3 | March 17, 2009, plaintiffs' filed a notice of need for mediation. Therefore, deferring the Case |
| 4 | Management Conference to and including June 17, 2009, this will allow the parties sufficient |
| 5 | time to try and resolve and/or otherwise have the above-referenced case mediated. |
| 6 | Respectfully Submitted, |

Dated: April 2, 2009                THOMAS E. FRANKOVICH,
                                    **A PROFESSIONAL LAW CORPORATION**


By: _____/S/_____
        THOMAS E. FRANKOVICH
Attorneys for Plaintiffs CRAIG YATES and
DISABILITY RIGHTS ENFORCEMENT,
EDUCATION, SERVICES: HELPING YOU HELP
OTHERS, a California public benefit corporation

Dated: April 3, 2009                LITTLER MENDELSON,
                                    **A PROFESSIONAL CORPORATION**


By: _Olga Savage_____
        OLGA SAVAGE
Attorney for Defendants DAVID MERLIN, dba
BENJARONG THAI CUISINE and RAYMOND F.
STIAVETTI (erroneously sued as "RAYMOND F.
STIAVETTI TRUSTEE OF THE RAYMOND
STIAVETTI TRUST")